[No. 58909-1-I. Division One. October 1, 2007.]

RUTH BLACK, *Individually and as Guardian, Appellant,*
v. MOTEL 6 OPERATING, LP, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 02-2-25332-6, Jeffrey M. Ramsdell, J., entered September 8, 2006. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 59061-8-I. Division One. October 1, 2007.]

*In the Matter of the Marriage of* LYNETTE KATARE, *Respondent,* and BRAJESH KATARE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 02-3-05316-9, Mary Roberts, J., entered November 18, 2005. *Affirmed in part* and *remanded* by unpublished opinion per Schindler, A.C.J., concurred in by Baker and Ellington, JJ.

[No. 59119-3-I. Division One. October 1, 2007.]

TIMOTHY D. CRAWFORD ET AL., *Appellants,* v. MATTHEW WOODWARD ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 03-2-36103-8, Helen Halpert, J., entered October 13, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 59246-7-I. Division One. October 1, 2007.]

THE STATE OF WASHINGTON, *Respondent,* v. NATHAN VERNEL PAYNE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 06-1-06024-1, Douglas D. McBroom, J., entered November 20, 2006. *Reversed* and *remanded* by unpublished per curiam opinion.